IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

PHILLIP GILLON #21266-424, )
)
        Plaintiff, )
)
v. )   No. 06 C 4330
)
CLERK OF THE U.S. COURTS )
MICHAEL W. DOBBINS, et al., )
)
        Defendants. )

MEMORANDUM OPINION AND ORDER

Phillip Gillon ("Gillon") has submitted a Complaint against Clerk of Court Michael Dobbins, District Judge Harry Leinenweber and attorney Carl Clavelli ("Clavelli"), Gillon's lawyer in Criminal Case No. 03 CR 598 ("Underlying Action"). For that purpose Gillon has used the form of Complaint provided by the Clerk's Office for use by persons in custody, filling in the required information in handwritten form. In addition he has accompanied the Complaint with two more forms provided by the Clerk's Office: an In Forma Pauperis Application ("Application") and a Motion for Appointment of Counsel ("Motion"). This Court has conducted the preliminary screening called for by 28 U.S.C. §1915A,[1] and for the reasons set out here it dismisses the Complaint and this action sua sponte (see Section 1915A(b)).

But a threshold matter must be addressed before this opinion turns to the substance of Gillon's claim: His Affidavit has

---

    [1] All further references to Title 28's provisions will simply take the form "Section--."

omitted what Section 1915(a)(2) prescribes as an essential component--a printout showing the transactions in Gillon's trust fund account at the Chicago Metropolitan Correctional Center ("MCC," where he is in custody) for the period that began February 1, 2006 and ended on August 8 or thereafter. Although this Court accordingly grants Gillon's Application in the sense that he need not pay the entire $350 filing fee in advance, he is ordered to pay that fee in future installments pursuant to Section 1915. To that end the MCC fiscal authorities (to whom a copy of this opinion is being sent) are ordered promptly to transmit a copy of the trust fund account printout referred to in this paragraph to this Court's chambers to enable it to make the required Section 1915 calculations.

When those calculations are completed, this Court will order a partial initial payment on account of the filing fee pursuant to Section 1915(b)(1), and the MCC trust fund officer will be ordered to collect that amount from Gillon's trust fund account there and to pay it directly to the Clerk of Court ("Clerk"):

>   Office of the Clerk
>   United States District Court
>   219 South Dearborn Street
>   Chicago IL 60604
>
>   Attention: Fiscal Department

After such payment the trust fund officer at MCC (or at any other correctional facility where Gillon may hereafter be confined) will be authorized to collect monthly payments from his trust

fund account in an amount equal to 20% of the preceding month's income credited to the account. Monthly payments collected from the trust fund account shall be forwarded to the Clerk each time the amount in the account exceeds $10 until the full $350 filing fee is paid. Both the initial payment and all future payments shall clearly identify Gillon's name and the 06 C 4330 case number assigned to this action.

Now on to Gillon's substantive claim. To begin with, although Gillon has mistakenly checked the designation on page 1 of the Complaint form as though he is invoking the provisions of 42 U.S.C. §1983 (a mistake for which this Court will not of course penalize nonlawyer Gillon), his claim--which stems from the federal criminal prosecution in the Underlying Action and which is advanced against defendants who are either (1) associated with the federal government or (2) in Clavelli's case, a member of the Federal Defender Panel--must of course qualify (if at all) as the type of action exemplified by <u>Bivens v. Six Unknown Named Agents</u>, 403 U.S. 388 (1971). What is vital in that respect is that to stay in court Gillon must have charged the defendants with having violated his federal constitutional rights.

In that respect it is frankly impossible to figure out just what it is that Gillon is complaining about (attached Ex. 1 has reproduced his actual allegations to avoid any possible

mischaracterization of what he has asserted). In an effort to penetrate his murky allegations, this Court has also obtained a printout of the docket in the Underlying Action and of the documents identified there as Dkt. Nos. 74, 75, 76 and 79. Nothing in those filings tracks or supports what Gillon says in his current Complaint. Indeed, Dkt. 79 (a photocopy of which is also attached as Ex. 2) includes clearly forged oaths of office purporting to bear the signatures of United States Attorney Patrick Fitzgerald, Judge Leinenweber and Clerk Dobbins. Nothing whatever listed in the docket supports Gillon's assertion of some June 14, 2006 document on the basis of which he claims to have some entitlement against the named defendants.[2]

Some clue as to the seemingly bizarre nature of Gillon's current efforts may be afforded by Judge Leinenweber's May 11 and June 29, 2006 orders reflected in the docket printout in the Underlying Action. Those orders have called for Gillon's commitment to the custody of the Attorney General pursuant to 18 U.S.C. §§4241(d) and 4241(b), reflecting a concern as to Gillon's competency.

But in any event, what Gillon has set out is doubly flawed in Section 1915A(b)(1) terms: It is legally frivolous, and it

---

[2] There are other obvious problems with Gillon's claims, including such issues as Judge Leinenweber's entitlement to absolute immunity, the possible qualified immunity of Clerk Dobbins and attorney Clavelli's possible insulation against liability on one ground or another.

4

fails to state a claim upon which relief may be granted. Both the Complaint and this action are dismissed, but such dismissal does not relieve Gillon of the responsibility to pay the $350 filing fee.[3]

                                      */s/ Milton I. Shadur*
                                  Milton I. Shadur
                                  Senior United States District Judge

Date: August 15, 2006

---

[3] This dismissal also moots the Motion, which is denied for that reason.

**V.     Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

I, Phillip Gillon, put forth a counter-claim against the defendants, Judge Harry D. Leinenweber, Attorney Carl P. Clavilli, and the Clerk of the Courts, U.S. Clerk Micheal W. Dobbins.

All these claims put forth on June 14, 2006 were "conditional accepted" and the condition upon Micheal W. Dobbins, clerk of the courts were $850,000 (US Dollars) and the Judge, Harry D. Leinenweber, has accepted the condition of my claims at $1,000,000 (US Dollars) and Attorney, Carl P. Clavilli accepted the condition of the counter claims at $900,000.

The parties above have ignored the claims. All have agreed but, havn't granted me relief of these counter claims and interest they hold as parties of the case they pledged by oath of offices. The counter claim was placed ten (10) business day's into the docket U.S.A. v. Phillip Gillon on May 31, 2006. The counter claims were placed back into the docket with the "agreed judgement" on June 14, 2006 ten (10) business days after filing.

6

EX. 1

Futhermore, the "agreed judgement" was not aknowledged by any of the parties. I would like recover these damages and this Honorable Court to foreclose and grant me, Phillip Gillom, relief of these claims in which grounds for the counter claims "agreed judgement" was not aknowledged under law.



**FILED**

Notice
Settlement And Closure
Of All Accounts

AUG 0 4 2006
AUG. 04, 2006
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

RE: Clerk Of The Courts
    Micheal W. Dobbins;

    This letter is in regard to all action and accounts under U.S.A. v. Phillip Gillon; <u>03 CR 598</u>. As of the date filed into the courts this notice is demand to settle and close all accounts per the principal'(s), request. The principal, Philip Gillon, is the holder-in-due-course and is setting all commercial accounts as well as insurance policy's that are also settled and closed at this time. All corporate and municipal accounting are settled and closed by the principal, Phillip Gillon.

    All accounts must be closed within ten (10) business days. And all parties agree and accept settlement and closure of all accounts. This notice of settlement and closure of accounts is under the penalties of perjury, that I have served a copy of this notice on the parties of when it is directed by mailing said copy's postage prepaid into a diepository marked legal mail located within the Metropolitan Correctional Center, 71 W. Van Buren st., chicago, [IL]., [60605] on 12 day of July 2006.

EX. 2

# Certified Oath Of Office

I, Patrick J. Fitzgerald, do solemnly swear and affirm that I will administer justice, and equally right to the poor and the rich, that I faithfully and impartially discharge and preform all duties incumbent upon me as Lead Prosuctor, according to the best of my abilities and understand, agreeably to the Constitution and the laws of the United States; and that I will support and defend the Constitution of the United States against all enemeis, foregin and domestic; that I take this obligation freely without any mental reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

Signed x Patrick J. Fitzgerald

## Certified Oath Of Office

I, Harry D. Leinenweber do solemnly swear and affirm that I will administer justice, and equally right to the poor and the rich, that I will faithfully and impartially discharge and preform all duties incumbent upon me as ___Judge___, according to the best of my abilities and understand, agreeably to the Constitution and the laws of the United States; and that I will support and defend the Constitution of the United States against all ememeis, foregin and domestic; that I take this obligation freely without any reservation or purpose of evasion; and that I will well and faithfully discharge the duties of the office on which I am about to enter. So help me God.

Signed x Harry D. Leinenweber

# Certified Oath Of Office

I, <u>Micheal W. Dobbins</u>, do solemny swear and affirm that I will administer justice, and equally right to the poor and the rich, that I will faithfully and impartially discharge and perform all duties incumbent upon me as <u>Clerk Of the Courts</u>, and according to the best of my abilities and understand, agreeably to the Constitution and the laws of the United States; and that I will support and defend the Constitution of the United States against all enemeis, foregin and domestic; that I take this obligation freely without any reservation or pupose of evaison; and that I will well and faithfully discharge the duties <u>of the office on which</u> I am about to enter. So help me God.

Signed x <u>Micheal W. Dobbins</u>